IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICKY A. JACKSON                                                                    PLAINTIFF

v.                                    Civil No. 14-5142

SHERIFF CRADDUCK, Benton County,
Arkansas                                                                            DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

When Plaintiff filed this action, he was incarcerated at the Benton County Detention Center (BCDC).  He was specifically advised that he must notify the Court immediately of any changes in his address (Doc. 3).

On January 21, 2015, mail was returned as undeliverable.  No new address is available to the Court.  The Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed based on the Plaintiff's failure to obey an order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of March 2015.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

-1-