IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICKY A. JACKSON                                                                                           PLAINTIFF

v.                                         Case No. 5:14-CV-05142

SHERIFF CRADDUCK, Benton County, Arkansas                                              DEFENDANT

### O R D E R

The Court has received proposed findings and recommendations (Doc. 10) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of June, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE